GUS BOTTALICO, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued October 7, 1953; decided October 22, 1953.

*Jacob D. Fuchsberg, Irving A. Thau* and *Samuel S. Sturim* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Fred Iscol* and *Seymour B. Quel* of counsel), for respondent.

Application by appellant to withdraw appeal granted upon payment of costs. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.